UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM LIFE INSURANCE
COMPANY, an Illinois Corp.,

    Plaintiff,

v                                    Case No. 99-CV-74210 DT

SARA MOSS WEINER, BETH MOSS,    HON. PATRICK J. DUGGAN
and BETH MOSS on behalf of
the ESTATE OF RICHARD MOSS,

    Defendants.
_____/

| MARVIN S. SHWEDEL | P20416 | Attorney for Weiner, Only |
| RICHARD J. SIRIANI | P20535 | Attorney for Moss, Only |

ORDER DISMISSING CAUSE
WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the Theodore Levin U S Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan on: _____

PRESENT: HON. _____
                U S District Court Judge

Upon the Court having issued the specific checks to the specific individuals from the monies being held in escrow by the Clerk of the Court in the above-entitled matter; and the Court having been advised that all matters have been resolved between the parties; after distribution of the checks to Richard Siriani by the Clerk of the Court in the above-entitled case,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the above-entitled lawsuit be and hereby is dismissed with prejudice and without costs to either party.

                                                  U S DISTRICT COURT JUDGE

IT IS SO STIPULATED.

| RICHARD J. SIRIANI  P20535 | MARVIN S. SHWEDEL  P20416 |
| Attorney for Beth Moss | Atty for Sara Moss Weiner |

FAINTUCK, SHWEDEL & WOLFRAM
32710 FRANKLIN ROAD
FRANKLIN, MICHIGAN 48025
(248) 855-5200